633 A.2d 604

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert G. SOUDERS, Appellant.**

Supreme Court of Pennsylvania.

Submitted July 20, 1993.

Decided Dec. 9, 1993.

J. Richard Gray, Lancaster, for appellant.

James J. Karl, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.